IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**JEROME WILLIAMS and CHERYL ANN**
**DOCKERY, on behalf of themselves**
**and others similarly situated,**

    Plaintiffs,                                                    No. 2:09-cv-2376

**v.**

**HOOAH SECURITY SERVICES, LLC,**
a domestic limited liability company and
**RIC BAILEY, individually,**

    Defendants.

**PLAINTIFF'S NOTICE OF 30(b)(6) DEPOSITION**

    To:     HOOAH SECURITY SERVICES, LLC
               c/o Attorney Geoffrey Gaia
               McWhirter, Wyatt & Elder, PLLC
               73 Union Avenue
               Memphis, TN  38103

         PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, counsel for the Plaintiff, will take the deposition of the defendant, HOOAH SECURITY SERVICES, LLC, on Wednesday, February 23, 2011at 11:00 a.m. at the Law offices of McWhirter, Wyatt & Elder, PLLC located at 73 Union Avenue, Memphis, Tennessee  38103.

         The deposition will be taken by oral testimony under oath before an officer authorized to administer oaths, and will continue from day to day until completed.  The deposition may be taken by stenographic transcription as well as by audio-visual means.  In accordance with Rule 30(b)(6) of the Federal Rules of Civil Procedure, you may designate one or more officers,

directors, managing agents, or other persons who consent to testify on your behalf to testify with regard to the following; and to bring, produce and designate documents relative to the same pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure and any and all other applicable rules:

1. Testimony and documents evidencing or relating to the hours worked by Plaintiffs while in the employment of the Defendant; and

2. Testimony and documents evidencing or relating to the titles, responsibilities and duties of Plaintiffs while in the employment of the Defendant;

3. Testimony and documents evidencing or relating to the manner in which Plaintiffs were compensated while in the employment of the Defendant;

4. Testimony and documents evidencing or relating to exactly how you contend your pay practices complied with the FLSA;

5. Testimony and documents evidencing or relating to the name, last known address, present whereabouts, telephone number and place of employment of each person known or believed by you who, at any time from January 1, 2006, through the current date, acted directly or indirectly in your interest in relation to the Plaintiffs and those similarly situated to him;

6. Testimony and documents evidencing or relating to the name, last known address, present whereabouts, telephone number and place of employment of each person known or believed by you who, at any time from January 1, 2006 through the current date, served as an owner, operator, member corporate officer, or supervisor for Defendant; and,

7. Testimony and documents pertaining to the assets and corporate status of Defendant at all time material to this matter.

Said deposition(s) will be taken for the purposes as are permitted under the Rules which govern the conduct of the case.

Respectfully Submitted,

MORGAN & MORGAN, PA

            By: s/Justin M. Ross
               Justin M. Ross
               TN Bar No. 19571
               2600 One Commerce Square
               Memphis, Tennessee 38103
               Tel: (901) 217-7000
               Fax: (901) 333-1897
               Email: jross@forthepeople.com

## CERTIFICATE OF SERVICE

  I, Justin M. Ross, certify that a copy of the foregoing pleading was served via regular electronic mail and this courts electronic filing system on the following attorney of record on this 9th day of February, 2011:

Geoffrey Gaia
William Wyatt
wwyatt@mcwhirter-wyatt.com
Geoffrey@mcwhirter-wyatt.com


               s/Justin M. Ross
               JUSTIN M. ROSS